

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Texas Municipal League Intergovernmental
Risk Pool, Appellant

No. 06-25-00015-CV      v.

Ernesto Fierro, Appellee

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 18-
0725). Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Chief
Justice Stevens.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment that the Texas Municipal League Intergovernmental Risk Pool owed no duty to defend or indemnify Ernesto Fierro.

We further order that the appellee pay all costs of this appeal.

RENDERED OCTOBER 28, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk